IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LINDA ROSAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-1012-A |
| | § | |
| PAVILION APARTMENTS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order signed by the court in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Linda Rosas, against defendants, Pavilion Apartments and Westdale Properties America 1, Ltd, be, and are hereby, dismissed pursuant to the authority of 28 U.S.C. § 1915(e)(2)(B).

SIGNED January 8, 2015.

JOHN McBRYDE
United States District Judge